

# Fourth Court of Appeals
## San Antonio, Texas

October 12, 2016

No. 04-16-00498-CV

**IN THE MATTER OF B.M.G.**,

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2015JUV00638
Honorable Laura Parker, Judge Presiding

## O R D E R

On September 23, 2016, after the notice of appeal filing fees remained unpaid, we ordered appellant B.M.G. to show cause in writing by October 3, 2016, that the filing fees have been paid. The fees were paid on October 7, 2016; our September 23, 2016 order is satisfied.

We reinstate the appellate timetable. Appellant's brief is due on November 2, 2016.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of October, 2016.

_____
Keith E. Hottle
Clerk of Court

